IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

TONY BULL                                                                                          PLAINTIFF

v.                              Case No. 2:16-cv-00056-KGB

FEDERATED MUTUAL
INSURANCE COMPANY                                                                 DEFENDANT

## JUDGMENT

Consistent with the Order that was entered on this day, the Court grants defendant Federated Mutual Insurance Company's ("Federated") motion for summary judgment (Dkt. No. 16) and denies plaintiff Tony Bull's motion for summary judgment (Dkt. No. 21). The Court dismisses without prejudice Mr. Bull's claims; the relief requested by Mr. Bull is denied.

Further, consistent with the Order that was entered on this day, the Court grants Federated the relief sought in its counterclaim. Accordingly, the Court makes the following declarations: (1) Policy No. 9229344 (the "Policy") excludes coverage of the claims made against Mr. Bull in the original complaint filed in *James Haas v. Tony Bull*, No. CV-2005-662, Crittenden County Circuit Court (hereinafter, the "*Haas* litigation"), the only complaint on which Mr. Bull sued in this action; (2) Federated has satisfied its duty to defend Mr. Bull in the underlying *Haas* litigation; and (3) Mr. Bull's separate counsel, David Hodges, is not entitled to compensation for his work in the underlying *Haas* litigation.

So ordered this 7th day of September, 2018.

_____
Kristine G. Baker
United States District Judge